IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. DIANE PERLMAN, | : | CIVIL ACTION |
| | : | NO. 09-4215 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UNIVERSAL RESTORATION SYSTEMS, INC., et al., | : | |
| | : | |
| Defendants. | : | |

### O R D E R

**AND NOW**, this **19th** day of **September, 2013**, upon consideration of Defendant 1 Source's Motion for Summary Judgment (ECF No. 140) and related materials (ECF Nos. 146, 148, 149, 155), is hereby **ORDERED** as follows:

(1)  Defendant's Motion for Summary Judgment is **GRANTED**;

(2)  Defendant 1 Source Safety & Health, Inc.'s Motion for Leave to File Reply Brief (ECF No. 148) is **GRANTED**;[1]

(3)  All claims having been adjudicated, the Clerk shall mark this case **CLOSED**.

**AND IT IS SO ORDERED.**

/S/ Eduardo C. Robreno
**EDUARDO C. ROBRENO, J.**

---

[1]  The Court considered Defendant 1 Source's reply brief in disposing of the Motion for Summary Judgment.